# UNITED STATES DISTRICT COURT

## Middle District of Alabama

| | |
|---|---|
| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
| v. | (For **Revocation** of Probation or Supervised Release) |
| DURKIN ARKIX WHITT | |

Case No. 2:15cr197-LSC-01

USM No. 15647-002

Stephen P. Ganter
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)    1 & 2 of the petition    of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant committed another state, federal or local crime. | 07/22/2018 |
| 2 | The defendant committed another state, federal or local crime. | 01/22/2018 |
| | | |

    The defendant is sentenced as provided in pages 2 through __2__ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of  Defendant's  Soc. Sec. No.: 3216

Defendant's Year of Birth: 1986

City and State of Defendant's Residence:
Montgomery, Alabama

12/06/2018
Date of Imposition of Judgment

/s/ L. Scott Coogler
Signature of Judge

L. SCOTT COOGLER, U.S. DISTRICT JUDGE
Name and Title of Judge

12/21/2018
Date

DEFENDANT: DURKIN ARKIX WHITT
CASE NUMBER: 2:15cr197-LSC-01

## IMPRISONMENT

        The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

21 Months. The term of supervised release imposed on 3/3/2016 is hereby revoked.

☑ The court makes the following recommendations to the Bureau of Prisons:

The court recommends that the defendant be designated near as possible to Montgomery, AL.

☐ The defendant is remanded to the custody of the United States Marshal.

☑ The defendant shall surrender to the United States Marshal for this district:

☑ at   12:00        ☐ a.m.   ☑ p.m.   on   01/07/2019                    .

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____ .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL